O+Z Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Danae Tinelli
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4070
danae@oandzlaw.com

September 8, 2026

**VIA E-Mail**
CoteNYSDChambers@nysd.uscourts.gov

The Honorable Denise Cote
United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

**Re:** ***Elsevier, Inc. and Assessment Technologies Institute L.L.C. v. Naxlex Prep LLC et al.*, Civil Action No. 26-cv-07130- DLC (S.D.N.Y.) (docket currently sealed)**

Dear Judge Cote:

Pursuant to Section 1(A) of the Court's Individual Rules, the Court's *Ex Parte* Order dated August 21, 2026, and the Court's August 31, 2026 Order Extending the *Ex Parte* Order, Plaintiffs Elsevier Inc. and Assessment Technologies Institute, L.L.C. ("Plaintiffs") hereby file the enclosed Declaration of Service of Process and Proofs of Service. Now that Defendants have been served with the Complaint, the *Ex Parte* Order, the proposed Preliminary Injunction, and Plaintiffs' papers in support, Plaintiffs also request that the docket be unsealed.

Respectfully submitted,

Danae Tinelli

Granted. The Clerk of Court will unseal the docket.

Denise Cote
9/10/26