O+Z Oppenheim + Zebrak, LLP

WASHINGTON – NEW YORK

Danae Tinelli
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4070
danae@oandzlaw.com

September 9, 2026

**VIA E-Mail**
CoteNYSDChambers@nysd.uscourts.gov

The Honorable Denise Cote
United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007

**Re: *Elsevier, Inc. and Assessment Technologies Institute L.L.C. v. Naxlex Prep LLC et al.*, Civil Action No. 26-cv-07130- DLC (S.D.N.Y.) (docket currently sealed)**

Dear Judge Cote:

We represent Elsevier, Inc. and Assessment Technologies Institute L.L.C. ("Plaintiffs") in the above-referenced matter. Pursuant to Section 1(A) and 4(J) of the Court's Individual Rules, Plaintiffs respectfully request leave to file an updated proposed Preliminary Injunction for the Court's consideration. Pursuant to the Court's August 21, 2026 *Ex Parte* Order, Plaintiffs filed a proposed Preliminary Injunction on September 3, 2026 ("Proposed PI"), and served it on Defendants, along with the other papers in this case, on September 4, 2026. Plaintiffs now seek to update Appendices A and B of the Proposed PI with newly collected information about Defendants (the proposed order remains unchanged). The Proposed PI, updated Appendix A, updated Appendix B, and the supporting Declaration of Danae Tinelli are attached hereto.

As detailed further in Plaintiffs' Complaint, Defendants own and/or operate a group of websites (the "Websites") through which they sell unauthorized and infringing copies of Plaintiffs' assessments ("Infringing Works") and offer and provide services designed to allow students to cheat on nursing exams, threatening public health and patient safety. Declaration of Danae Tinelli ¶ 3. Following the entry of the Court's August 21, 2026 *Ex Parte* Order allowing Plaintiffs to take expedited discovery, Plaintiffs issued subpoenas to entities providing services to Defendants' Websites, including web hosts, domain registrars, financial institutions, and payment processors ("Intermediaries"). *Id*. ¶ 4. Through this discovery, Intermediaries produced various information about Defendants, including email addresses, names, and/or aliases Defendants have used in connection with the Intermediaries' respective services. *Id*. In Appendix A of the Proposed PI, Plaintiffs identified the above-described email addresses, names, and/or aliases used by Defendants. *Id*. ¶ 5. In Appendix B of the Proposed PI, Plaintiffs identified a list of Defendants' known accounts with financial institutions and payment processors connected to Defendants' Websites. *Id*.

After filing the Proposed PI, and through further discovery from Intermediaries and Plaintiffs' own investigations of Defendants' social media, Plaintiffs learned of additional Websites that Defendants launched in an effort to continue their infringing business. *Id*. ¶

6. These Websites are identified on the updated Appendix A (i.e., www.naxlex.co, www.naxlexnursing.com, www.naxlexnclex.com, naxlexprenursing.com, app.naxlexnursing.com, nclex.naxlexnursing.com, and pre.naxlexnursing.com). *Id*. Plaintiffs believe that Defendants launched some or all of these Websites in direct response to one of the domain registrars disabling the infringing site Naxlex.com. *Id*. ¶ 7.

In addition, Plaintiffs received information from Intermediary NameCheap, LLC after the Proposed PI was filed identifying the following additional Websites associated with Defendants: usanursingtutoring.com, testbanxonline.com, onlinestudyhub.net, nclextutor.net, nclexstudy.net, naxlexprep.com, naxlex.org, naxlex.net, naxlex.ai, and naxldevelopers.com. *Id*. ¶ 9. Plaintiffs also included these Websites on the updated Appendix A. *Id.* NameCheap's production also identified additional names and/or aliases associated with Defendants (i.e., Simon Ngula, Hellen Mbula, Blumteq Kim, and Simon Joseph), which are included on the updated Appendix A. *Id*.

Further, Plaintiffs received information from Intermediary Column National Association after the Proposed PI was filed identifying additional bank accounts associated with Defendants Naxlex Global LLC and Naxlex Prep LLC, including those ending in the following account numbers: *5105, *3492, *3109. *Id.* ¶ 10. Column National Association's production also identified a new email address associated with Defendants: rep4kim@gmail.com, and a new name/alias, Nimrod Ngare Mogoa. *Id.* This new information is included on the updated Appendices A and B. *Id*.

Plaintiffs respectfully request that the Court permit the filing of the updated Appendices A and B to the Proposed PI to reflect current information that Plaintiffs obtained in discovery after they filed the Proposed PI. Without this updated information, Defendants could exploit newly created or newly discovered websites to evade the Court's *Ex Parte* Order and perpetuate the same conduct the Court has already temporarily restrained. Plaintiffs will serve the Proposed PI and the updated appendices on Defendants.

We thank the Court for its consideration of Plaintiffs' request.

Respectfully submitted,

*/s/ Danae Tinelli*

Danae Tinelli

Granted.

Denise Cote
9/11/26