**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELSEVIER INC. AND ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.,

Plaintiffs,

v.

NAXLEX PREP LLC; NAXLEX GLOBAL, LLC; GEOFFREY KIMANG'A (aka KIMANG'A GEOFFREY, GEOFFRY GEKONGE KIMANG'A, KIM G GEGE), and DOES 1–20,

Defendants.

**Civil Action No. 1:26-cv-07130-DLC**

**STIPULATED ~~[PROPOSED] a~~ PRELIMINARY INJUNCTION AS TO DEFENDANT NAXLEX GLOBAL, LLC**

Plaintiffs Elsevier Inc. ("Elsevier") and Assessment Technologies Institute, L.L.C. ("ATI") (collectively, "Plaintiffs"), Defendant Naxlex Global, LLC ("Naxlex Global"), and Naxlex Global's principal, Nimrod Mogoa, hereby respectfully request that the Court enter this Stipulated Preliminary Injunction, as set forth below.

## BACKGROUND

On August 20, 2026, Plaintiffs filed their Complaint and *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause for a Preliminary Injunction, Order Authorizing Expedited Discovery, and Order Authorizing Alternate Service ("Application") against Defendants Naxlex Prep LLC, Naxlex Global, Geoffrey Kimang'a (aka Kimang'a Geoffrey, Geoffrey Gekonge Kimang'a, Kim G Gege), and Does 1-20 (collectively, "Defendants").

On August 21, 2026, the Court granted the Application and entered the *Ex Parte* Order, which includes a Temporary Restraining Order ("TRO"). On August 31, 2026, the Court granted Plaintiffs' motion to extend the TRO. The TRO remains in effect through September 18, 2026.

An Order to Show Cause hearing on the Proposed Preliminary Injunction is scheduled for September 16, 2026 at 1:00 p.m. ("September 16 Hearing"). On September 3, 2026, Plaintiffs filed a Proposed Preliminary Injunction against Defendants. On September 9, 2026, Plaintiffs sought leave to file updated Appendices A and B to the Proposed Preliminary Injunction based on new information, which the Court granted.

On September 11, 2026, Naxlex Global, and its principal Nimrod Mogoa, retained the undersigned counsel in connection with this action. Plaintiffs, Naxlex Global, and Mr. Mogoa (the "Parties") have jointly agreed to the terms of this Stipulated Preliminary Injunction. Naxlex Global and Nimrod Mogoa consent to personal jurisdiction.

**PRELIMINARY INJUNCTION**

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), N.Y. C.P.L.R. §§ 6201 *et al.*, and/or the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief that:

1. Naxlex Global, its officers, agents, employees, and attorneys, including but not limited to Nimrod Mogoa, and all those in active concert or participation with any of them, who receive actual notice of this Order, are enjoined from directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrighted Works"); tortiously interfering with Plaintiffs' agreements or contracts, including those governing who may access Plaintiffs' assessments, how account credentials and exam

Case 1:26-cv-07130-DLC Document 41 Filed 09/15/26 Page 3 of 7

sessions may be used, and what users may and may not do with confidential exam content; and engaging in fraud against any Plaintiff, or otherwise operating a service through which Defendants or their agents take any of the Plaintiffs' exams on behalf of students or prospective students or similar service ("Proxy Test-Taking Service").

2. Without limiting the foregoing, it is FURTHER ORDERED that Naxlex Global, its officers, agents, employees, and attorneys, including but not limited to Nimrod Mogoa, and all those in active concert or participation with any of them, who receive actual notice of this Order, are enjoined from:

a. Copying, reproducing, manufacturing, downloading, uploading, transmitting, distributing, selling, offering for sale, creating derivative works based on, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrighted Works; or representing to any person or entity that they have the right to copy, reproduce, manufacture, download, upload, transmit, distribute, sell, offer for sale, create derivative works based on, advertise, market, promote, or otherwise exploit any of Plaintiffs' Copyrighted Works.

b. Creating, operating, maintaining, financing, or hosting the websites listed on **Appendix A** hereto or other websites, social media accounts, or internet-based accounts or services through which Plaintiffs' Copyright Works are reproduced, distributed, sold, offered for sale, used to create derivative works, advertised, marketed, promoted, or otherwise exploited; or through which the Proxy Test-Taking Service is offered, provided, operated, sold, advertised, marketed, or promoted ("Websites");

Case 1:26-cv-07130-DLC Document 41 Filed 09/15/26 Page 4 of 7

c. Operating, maintaining, registering, providing, or using any computer server, domain name, domain name server, cloud storage service, ecommerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, online links to, or payment processing or other financial service to, for, or in connection with the Websites, or providing other similar services to support the Websites;

d. Transferring ownership or control of the domain names or accounts associated with the Websites;

e. Destroying any documents in the form of point of sale, marketing, advertising, or other information created in connection with the Websites as they concern Plaintiffs' Copyrighted Works or the Proxy Test-Taking Service;

f. Accessing for any purpose Plaintiffs' platforms, systems, computers, technologies, and all content and materials contained therein, including without limitation, Plaintiffs' Copyrighted Works;

g. Registering or attempting to register any account on Plaintiffs' systems, platforms, computers, or websites;

h. Attempting, causing, enabling, facilitating, assisting, soliciting, encouraging, or inducing others to engage in any of the above-described acts from which Defendants and their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, are enjoined.

3. Without limiting the foregoing, it is FURTHER ORDERED that Naxlex Global, its officers, agents, employees, and attorneys, including but not limited to Nimrod Mogoa, and all

those in active concert or participation with any of them, who receive actual notice of this Order, and service providers to Naxlex Global or Nimrod Mogoa in connection with his work for Naxlex Global or other Defendants, who receive actual notice of this Order and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with the Websites, Defendants' copying or sale of the Plaintiffs' Copyrighted Works, and/or Defendants' Proxy Test-Taking Service ("Defendants' Accounts") must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of. Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as Stripe, PayPal, and Cash App; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, cryptocurrency exchanges, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix B** hereto.

4. Without limiting the foregoing, except as otherwise specified, it is FURTHER ORDERED that ~~this Order reflects the Parties agreement regarding two Defendants' Accounts. Until further Order of this Court,~~ with respect to a Robinhood account ending *5747, *8749, *5632, and *9402, Naxlex Global and Nimrod Mogoa agree: not to use the account in connection with any activities prohibited by this Order or addressed in the Complaint; not to use the account to send money to or receive money from any of the Defendants, their businesses, or the Websites; and to provide to Plaintiffs (or to direct Robinhood to provide to Plaintiffs) with itemized monthly

Case 1:26-cv-07130-DLC Document 41 Filed 09/15/26 Page 6 of 7

statements for the account from August 1, 2023 going forward. Naxlex Global and Nimrod Mogoa also agree to the inclusion of the Marcus by Goldman Sachs Bank account ending *5373 on Appendix B, and that Nimrod Mogoa will maintain the full balance in that account as reflected in his counsel's communication to Plaintiffs' counsel on this date until further Order of this Court.

5. IT IS FURTHER ORDERED that Naxlex Global and its officers, agents, and employees, including but not limited to Nimrod Mogoa, shall preserve copies of all documents and electronic files, including all computers and computer programs used in connection with the Websites or the Proxy Test-Taking Service. Naxlex Global and its officers, agents, and employees, including but not limited to Nimrod Mogoa, shall further take all steps necessary to retrieve any such documents or electronic files that may have been deleted before the entry of this Order.

6. IT IS FURTHER ORDERED that the Expedited Discovery Order and the Order Authorizing Alternate Service contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

~~7. IT IS FURTHER ORDERED that this Order shall no longer apply to any Defendant dismissed from this action.~~

It is SO ORDERED this 16 day of September 2026.

Denise L. Cote
UNITED STATES DISTRICT JUDGE

Sept. 16, 2026

Case 1:26-cv-07130-DLC Document 41 Filed 09/15/26 Page 7 of 7

**IT IS SO STIPULATED.**

**Approved as to form and substance:**

Dated: September 15, 2026

*/s/ Michele H. Murphy*
Matthew J. Oppenheim
Michele H. Murphy (*pro hac vice*)
Danae Tinelli

OPPENHEIM + ZEBRAK LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
Matt@oandzlaw.com
Michele@oandzlaw.com
Danae@oandzlaw.com

***Counsel for Plaintiffs Elsevier Inc. ("Elsevier") and Assessment Technologies Institute, L.L.C.***

Dated: September 15, 2026

/s/
Jan I. Berlage (jb2135)

GOHN HANKEY & BERLAGE LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
jberlage@ghsllp.com

***Counsel for Defendant Naxlex Global, LLC and Nimrod Mogoa***

**Stipulated Appendix A**

| Defendant | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|
| Naxlex Global, LLC | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>ngaremogoa@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | |
| Naxlex Prep LLC | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>shimbiromar@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | Margaret Enterprise |
| Geoffrey Kimang'a | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>rep4kim@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | |
| Does 1-20 | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>lkimanga00@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | Mits Global Writers, EssayMac |

# Stipulated Appendix B

| Defendant | Financial Institution/ Payment Processor | Account No. Redacted | Information Source |
|---|---|---|---|
| Naxlex Global, LLC | Bank of America | *8908 | Stripe |
| Naxlex Global, LLC | Column National Association | *5105 | Column National Association |
| Naxlex Global, LLC | Column National Association | *4471 | Stripe |
| Naxlex Prep LLC | Column National Association | *5263 | Stripe |
| Naxlex Prep LLC | Column National Association | *3492 | Column National Association |
| Naxlex Prep LLC | Column National Association | *3109 | Column National Association |
| Doe 1-20 | PayPal | *6353 | PayPal |
| Naxlex Prep LLC | PayPal | *3738 | PayPal |
| Naxlex Global, LLC | PayPal | *0793 | PayPal |
| Naxlex Global, LLC | Stripe | acct_*IlNq | Stripe |
| Naxlex Prep LLC | Stripe | acct_*ig1m | Stripe |
| Naxlex Global, LLC | Stripe | acct_*uPNj | Stripe |
| Doe 1-20 | Stripe | acct_*w67Y | Stripe |
| Naxlex Global, LLC | Marcus by Goldman Sachs Bank USA | *5373 | Defendant |