**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELSEVIER INC. AND ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.,

Plaintiffs,

v.

NAXLEX PREP LLC; NAXLEX GLOBAL, LLC; GEOFFREY KIMANG'A (aka KIMANG'A GEOFFREY, GEOFFRY GEKONGE KIMANG'A, KIM G GEGE), and DOES 1–20,

Defendants.

Civil Action No. 1:26-cv-07130-DLC

~~[PROPOSED]~~

PRELIMINARY INJUNCTION

Plaintiffs Elsevier Inc. ("Elsevier") and Assessment Technologies Institute, L.L.C. ("ATI") (collectively, "Plaintiffs") have moved against Defendants Naxlex Prep LLC, Naxlex Global LLC, Geoffrey Kimang'a (aka Kimang'a Geoffrey, Geoffrey Gekonge Kimang'a, Kim G Gege), and Does 1-20 (collectively, "Defendants") for a preliminary injunction against Defendants, and under the currently known names, aliases, and email addresses identified on **Appendix A**. Plaintiffs so move the Court on the basis that Defendants are reproducing, distributing, and selling unauthorized digital copies of the Plaintiffs' registered copyrighted assessment content, on which nursing schools across the country rely, including to evaluate academic skills of prospective nursing students and current nursing students' understanding of core nursing concepts and skills necessary to graduate, seek a license, and, ultimately, practice as a nurse. Additionally, Plaintiffs so move the Court on the basis that Defendants are operating a commercial cheating business through which they serve as paid stand-ins for students, fraudulently gaining remote access to Plaintiffs' secure

testing environments and secretly taking the assessments while making it appear that the registered students are doing so ("Proxy Test-Taking Service").

The Court, having reviewed the Complaint, the Memorandum of Law in support of Plaintiffs' Application for a Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, Expedited Discovery Order, and Alternate Service Order (the "Application"), the declarations filed in support of the Application, the Declaration of Danae Tinelli filed in support of the Preliminary Injunction, and the entire record herein, makes the following findings of fact and conclusions of law:

**FACTUAL FINDINGS AND CONCLUSIONS OF LAW**

1. Plaintiffs served Defendants with the Complaint and the exhibits thereto, the Court's August 21, 2026 *Ex Parte* Order ("the *Ex Parte* Order") granting the Application, the Court's August 31, 2026 extension of the *Ex Parte* Order, and the other papers filed in this case, as will be set forth in the Declaration of Service of Process filed by Plaintiffs.

2. The Cout has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants own, operate, and/or control a highly interactive website, Naxlex.com, that is continuously accessible to and targets, sells, and/or deliver goods and services to consumers in New York, and/or have injured Plaintiffs in New York. Alternatively, the Court has personal jurisdiction over Defendant Kimang'a pursuant to Federal Rule of Civil Procedure 4(k)(2), the federal long arm statute.

3. Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' copyrights by reproducing, distributing, selling, and/or preparing derivative works based on Plaintiffs' assessment content registered with the U.S. Copyright Office. Plaintiffs are also likely to succeed in showing that Defendants have tortiously interfered with Plaintiffs' enforceable agreements governing who may access their assessments, how

account credentials and exam sessions may be used, and what users may and may not do with confidential exam content ("Agreements"). Plaintiffs are further likely to succeed in showing that Defendants committed fraud through false statements and representations on which Plaintiffs relied, including when Defendants gained access to Plaintiffs' secure test environments.

4. The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from their activities complained of in the Complaint if a Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs if these activities continue.

5. Public interest favors issuance of a Preliminary Injunction to protect Plaintiffs' interests in their respective copyrights and confidential and secure assessments and testing platforms, as well as the interests of nursing schools in the United States that rely on Plaintiffs' assessments, and to safeguard public health and patient safety.

## PRELIMINARY INJUNCTION

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), N.Y. C.P.L.R. §§ 6201 *et al.*, and/or the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief that:

1. Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, are enjoined from directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrighted Works"), tortiously interfering with the Agreements, engaging in fraud against Plaintiffs, or otherwise operating the Proxy Test-Taking Service.

2. Without limiting the foregoing, it is FURTHER ORDERED that Defendants, their

officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, are enjoined from:

a. Copying, reproducing, manufacturing, downloading, uploading, transmitting, distributing, selling, offering for sale, creating derivative works based on, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrighted Works; or representing to any person or entity that they have the right to copy, reproduce, manufacture, download, upload, transmit, distribute, sell, offer for sale, create derivative works based on, advertise, market, promote, or otherwise exploit any of Plaintiffs' Copyrighted Works.

b. Creating, operating, maintaining, or hosting Naxlex.com or other websites (including but not limited to those listed on Appendix A hereto), social media accounts, or internet-based accounts or services through which Plaintiffs' Copyright Works are reproduced, distributed, sold, offered for sale, used to create derivative works, advertised, marketed, promoted, or otherwise exploited; or through which the Proxy Test-Taking Service is offered, provided, operated, sold, advertised, marketed, or promoted ("Websites");

c. Operating, maintaining, registering, providing, or using any computer server, domain name, domain name server, cloud storage service, ecommerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, online links to, or payment processing or other financial service to, for, or in connection with the Websites, or providing other similar services to support the Websites;

d. Transferring ownership or control of the domain names or accounts associated with the Websites;

e. Destroying any documents in the form of point of sale, marketing, advertising, or other information created in connection with the Websites as they concern Plaintiffs' Copyrighted Works or the Proxy Test-Taking Service;

f. Accessing for any purpose Plaintiffs' platforms, systems, computers, technologies, and all content and materials contained therein, including without limitation, Plaintiffs' Copyrighted Works;

g. Registering or attempting to register any account on Plaintiffs' systems, platforms, computers, or websites;

h. Attempting, causing, enabling, facilitating, assisting, soliciting, encouraging, or inducing others to engage in any of the above-described acts from which Defendants and their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, are enjoined.

3. Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, and service providers to Defendants or other non-parties who receive actual notice of this Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with the Websites, Defendants' sale of the Plaintiffs' Copyrighted Works ("Defendants' Accounts"), and/or Defendant's Proxy Test-Taking Service must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be

transferred, withdrawn, or otherwise disposed of. Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as Stripe, PayPal, and Cash App; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, cryptocurrency exchanges, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix B** hereto.

4. IT IS FURTHER ORDERED that Defendants shall preserve copies of all documents and electronic files, including all computers and computer programs used in connection with the Websites or the Proxy Test-Taking Service. Defendants shall further take all steps necessary to retrieve any such documents or electronic files that may have been deleted before the entry of this Order.

5. IT IS FURTHER ORDERED that the Expedited Discovery Order and the Order Authorizing Alternate Service contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

It is SO ORDERED this 16th day of September 2026.

Denise L. Cote
UNITED STATES DISTRICT JUDGE

**Updated Appendix A**

| Defendant | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|
| Naxlex Global, LLC | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>ngaremogoa@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | |
| Naxlex Prep LLC | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>shimbiromar@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | Margaret Enterprise |
| Geoffrey Kimang'a | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | kimangageoffrey20@gmail.com<br>lkimanga00@gmail.com<br>support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>rep4kim@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | |
| Does 1-20 | app.naxlexnursing.com<br>naxldevelopers.com<br>naxlex.ai<br>naxlex.co<br>naxlex.com<br>naxlex.net<br>naxlex.org<br>Naxlexnclex.com<br>Naxlexnursing.com<br>Naxlexprenursing.com<br>naxlexprep.com<br>nclex.naxlexnursing.com<br>nclexstudy.net<br>nclextutor.net<br>onlinestudyhub.net<br>pre.naxlexnursing.com<br>testbanxonline.com<br>usanursingtutoring.com | support@naxlex.com<br>blumteq@gmail.com<br>info@naxlex.com<br>lkimanga00@gmail.com | Blumteq Kim<br>Nimrod Mogoa<br>Nimrod Ngare Mogoa<br>Simon Joseph<br>Hellen Mbula<br>Margaret Shimbiro<br>Simon Ngula<br>Geoffrey Kimanga<br>Kimang'a Geoffrey<br>Geoffrey Gekonge Kimang'a<br>Kim G Gege<br>Lilian Kimanga<br>Mits Global Writers | Mits Global Writers, EssayMac |

# Updated Appendix B

| Defendant | Financial Institution/ Payment Processor | Account No. Redacted | Information Source |
|---|---|---|---|
| Naxlex Global, LLC | Bank of America | *8908 | Stripe |
| Naxlex Global, LLC | Column National Association | *5105 | Column National Association |
| Naxlex Global, LLC | Column National Association | *4471 | Stripe |
| Naxlex Prep LLC | Column National Association | *5263 | Stripe |
| Naxlex Prep LLC | Column National Association | *3492 | Column National Association |
| Naxlex Prep LLC | Column National Association | *3109 | Column National Association |
| Doe 1-20 | PayPal | *6353 | PayPal |
| Naxlex Prep LLC | PayPal | *3738 | PayPal |
| Naxlex Global, LLC | PayPal | *0793 | PayPal |
| Naxlex Global, LLC | Stripe | acct_*IlNq | Stripe |
| Naxlex Prep LLC | Stripe | acct_*ig1m | Stripe |
| Naxlex Global, LLC | Stripe | acct_*uPNj | Stripe |
| Doe 1-20 | Stripe | acct_*w67Y | Stripe |