UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER INC. and ASSESSMENT TECHNOLOGIES INSTITUTE, LLC,<br>Plaintiffs,<br>-v-<br>NAXLEX PREP LLC, et al.,<br>Defendants. | 26cv7130 (DLC)<br><br>SCHEDULING ORDER |

DENISE COTE, District Judge:

Plaintiffs represented during a conference on September 16, 2026, that they continue to discover additional parties relevant to the case and intend to amend their original complaint. Accordingly, it is hereby

ORDERED that plaintiffs shall serve an amended complaint on all defendants by **October 2, 2026.**

IT IS FURTHER ORDERED that plaintiffs shall, **by November 20, 2026,** file a motion for entry of a default against any defendant who fails to timely answer or otherwise respond to the complaint.

IT IS FURTHER ORDERED that a conference on any motion filed for entry of a default will be held at **11 a.m. on December 11, 2026** in Courtroom 18B at the United States Courthouse, 500 Pearl

Street, New York, New York, 10007.

Dated: New York, New York
September 16, 2026

DENISE COTE
United States District Judge